IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES                                                                                          PLAINTIFF

v.                                         Case No. 5:13-CR-50103

JESSE OZIAH                                                                                          DEFENDANT

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 21) from the Honorable Erin L. Setser, United States Magistrate for the Western District of Arkansas. Both parties have waived the right to object to the report and recommendation for the purpose of expediting acceptance of the guilty plea in this matter. (Doc. 20).

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the report and recommendation of the Magistrate is proper and should be and hereby is ADOPTED IN ITS ENTIRETY.

Accordingly, for the reasons stated in the report and recommendation, Defendant's guilty plea is accepted and the written plea agreement is tentatively approved, subject to final approval at sentencing.

IT IS SO ORDERED this 11th day of February, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE