IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                      Criminal No. 5:13CR50103-001

JESSE OZIAH

## FINAL ORDER OF FORFEITURE

On February 11, 2014, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc. 16). In the Preliminary Order of Forfeiture,

A. Apple IPod Touch (purple), serial number CCOG8OBBDNOY
B. Apple IPod Touch (white), serial number C3LJR84UF96V
C. SanDisk Thumb drive, serial number BL120423778B
D. IPad Computer, serial number DVQHJ3P3DKPH
E. IPhone 3G (black), serial number BCGA1303B
F. HTC Cell Phone, serial number FA28FVJ02702
G. Pantech Cell Phone, serial number 114201785723
H. Samsung Cell Phone, serial number RQ1Z752451L
I. AT&T Cell Phone, serial number P752A15-M-S
J. Cricket Cell Phone, serial number SGCB302H11096683
K. HP Pavilion Laptop, serial number CNF81211WQ
L. Gateway Laptop, serial number NXY1UAA0302510789F3400
M. 5 Thumb drives – Sandisk 4G serial number BH1206237678, Sandisk 4GB serial number BH1202VWEB, Sandisk 4G serial number SDCZ60-004G, Verbatim serial number 11072811704G61AAX, PNY 4GB model number CEFG
N. 1 DVD, serial number B258 0213
O. San Disk Micro SD Card, serial number 3214CGEKP0H9

were forfeited to the United States pursuant to Title 18 U.S.C. § 2253.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On May 6, 2014, an attorney for the United States filed a Notice of Proof of Publication, showing that for

30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. Deadline for filing claims was April 13, 2014. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on February 11, 2014, shall become final at this time.

IT IS SO ORDERED this 14th day of August, 2014.

_____
HONORABLE TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE